|  |  |  |
|---|---|---|
| Ashley Bahena, | ) ) ) | **United States District Court** **Northern District of Illinois** |
| Plaintiff, | ) ) ) |  |
| v. | ) ) ) | Case No.:1:26−cv−03544 |
| Astral Brands, Inc., | ) ) ) | Honorable Jeffrey I Cummings |
| Defendant. | ) ) ) |  |

### FIRST MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

1. The undersigned represents Ashley Bahena, the plaintiff in the above-referenced matter.

2. This action was initiated on March 31, 2026, by filing the complaint.

3. Defendant was duly served with the complaint on April 7, 2026, and the deadline to answer, move, or otherwise plead was April 28, 2026. (ECF No. 7.)

4. Following the issuance of the summons, Plaintiff was contacted by Defendant's counsel, who requested a 30-day extension to answer, move or otherwise respond to the Complaint.

5. In this context, we respectfully request a 30-day extension to allow the Defendant to file an answer or appearance, which would be May 28, 2026.

6. This is the first extension of time sought in this matter by the Plaintiff.

7. No party will be prejudiced by the relief herein and it is sought in good faith.

WHEREFORE, Plaintiff respectfully requests that Defendant be granted an extension of time up to and including May 28, 2026, to answer, move or otherwise respond to the Complaint.

Dated:   April 28, 2026

EQUAL ACCESS LAW GROUP, PLLC
*Attorneys for Plaintiff*

**/s/ Alison Chan**
By: Alison Chan, Esq.

4903 Avenue N,

Brooklyn, NY 11234

O: 844-731-3343 | D: 929-442-2154

Email: Achan@ealg.law